UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANDRE COSTA, on behalf of himself and
others similarly situated,

INDEX NO: 07CIV5918

                **Plaintiffs,**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

v.

**NEW JERSEY CAFES Inc. d/b/a
ROBERTO PASSON RESTAURANT**

               **Defendants.**
-----------------------------------------------------------x

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the above-captioned matter against all Defendants.

Dated: New York, New York
        October 31, 2007

Respectfully submitted,

JOSEPH & HERZFELD LLP

By: _____
     D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*