Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ANDRE COSTA, on behalf of himself and
others similarly situated,

INDEX NO: 07CIV5918 (RJS)

                Plaintiffs,

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL**

   v.

NEW JERSEY CAFES Inc. d/b/a
ROBERTO PASSON RESTAURANT

                Defendants.
---------------------------------------------------------x

      Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the above-captioned matter against all Defendants.

Dated: New York, New York
       October 31, 2007

Respectfully submitted,

JOSEPH & HERZFELD LLP

By: _____
     D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

SO ORDERED:

_____
U.S.D.J.  11/1/07